DANIEL RYAN, Respondent, *v.* THE ELEPHANT BUILDING
COMPANY, Appellant.

(Argued June 28, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made the first Monday in June, 1887, which affirmed a judg-
ment in favor of plaintiff, entered upon a verdict.

*J. Hampden Dougherty* for appellant.

*William D. Page* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.